UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDSON NEWHALL, *on his own behalf and all similarly situated individuals*<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC,<br><br>Defendant. | Civil Action No. 10-2749 (WJM)<br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Defendant Chase Home Finance LLC's motion to transfer venue to the Middle District of Florida; and for the reasons stated in the accompanying Opinion issued on this date;

**IT IS** on this 28th day of October 2010,

**ORDERED** that Defendant's motion to transfer this case to the Middle District of Florida is **granted**; and it is further

**ORDERED** that pursuant to Local Civil Rule 72.1(c)(1)(C) the Clerk shall take no action with respect to this Order for transfer for 15 days.

/s Mark Falk
**MARK FALK**
**United States Magistrate Judge**